**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

R.C.C.,                       : No. 433 MAL 2015
                                  :
            Petitioner          :
                                    : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court
           v.                     :
                                    :
                                    :
B.K.S.,                      :
                                    :
           Respondent     :

**ORDER**

**PER CURIAM**

       **AND NOW**, this 17th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.